JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>ZyXEL COMMUNCATIONS, INC.,<br><br>       Defendant. | Case No. 8:13-cv-01812-CJC-(ANx)<br><br>Judge: The Hon. Cormac J. Carney<br><br>**FINAL JUDGMENT OF NON-INFRINGEMENT DUE TO COLLATERAL ESTOPPEL** |
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>TRENDNET, INC.,<br><br>       Defendant. | Case No. 2:13-cv-08545-CJC (ANx) |

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TP-LINK USA CORPORATION,<br><br>    Defendant. | Case No. 2:13-cv-08548-CJC (ANx) |
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HAWKING TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 8:13-cv-01815-CJC (ANx) |

Before the Court is the Joint Stipulation For Entry of Final Judgment of Non-Infringement Due to Collateral Estoppel filed by Plaintiff Innovative Wireless Solutions, LLC ("Plaintiff" or "IWS") and Defendants and Defendants ZyXEL Communications, Inc., TRENDnet, Inc., TP-Link USA Corporation, and Hawking Technologies, Inc. (collectively "Defendants") in the above cases. Based on the stipulation of the parties, and good cause appearing, the parties' joint stipulation is APPROVED and SO ORDERED. Accordingly, the Court enters the following Final Judgment pursuant to Fed. R. Civ. P. 58.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Final Judgment of Non-Infringement of U.S. Patent Nos. 5,912,895; 6,327,264; and 6,587,473 (collectively, the "Patents-in-Suit") due to Collateral Estoppel, based on the March 4, 2015 judgments entered in *Cisco Systems, Inc. v. Innovative Wireless Solutions, LLC*, Case No. 1:13-cv-00492-LY (W.D. Tex.) ("the *Cisco* case") and *Ruckus Wireless, Inc. v. Innovative Wireless Solutions, LLC*, Case No. 1:13-cv-

00504-LY (W.D. Tex.) ("the *Ruckus* case"), is entered against IWS and for Defendants on: (i) IWS's claims for infringement of the Patents-in-Suit, and (ii) the counterclaims for declaratory judgment of non-infringement of the Patents-in-Suit asserted by Hawking Technologies, Inc., and ZyXEL Communications, Inc. (the other Defendants having not filed counterclaims); for the purposes of clarity, this judgment is subject to and without waiving or restricting IWS's right to move for relief pursuant to Fed. R. Civ. P. 60(b)(5) if the judgments in the *Cisco* and *Ruckus* cases are reversed or vacated;

  2. All other claims, counterclaims, defenses, or other matters which have been asserted are hereby DISMISSED WITHOUT PREJUDICE.

Dated: March 12, 2015

_____
Cormac J. Carney
United States District Judge